# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL JODY LEBLANC,
INDIVIDUALLY AND ON BEHALF
OF HIS MINOR CHILD, ALYSSA
LEBLANC, AND LINDSEY LEBLANC

VERSUS

BRIDGESTONE RETAIL
OPERATIONS, LLC D/B/A
FIRESTONE COMPLETE AUTO
CARE, MARVIN MCDANIEL,
SHELTER MUTUAL INSURANCE
COMPANY AND PROGRESSIVE
PALOVERDE INSURANCE COMPANY

NO.  2025 CW 0831

SEPTEMBER 9, 2025

---

In Re:    Bridgestone Retail Operations, LLC and Old Republic
          Insurance Company, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          705677.

---

BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.

     WRIT DENIED.

                         SMM
                         BDE
                         WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT